**SO ORDERED.**

**Dated: December 01, 2009**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-25630/0004484684

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-25258-RTBP |
| John Levi Gurrola and Alma Rosa Gurrola<br>    Debtors. | Chapter 7 |
| National City Mortgage, a division of National City Bank of Indiana<br>    Movant,<br>vs. | ORDER<br><br>(Related to Docket #8) |
| John Levi Gurrola and Alma Rosa Gurrola, Debtors, William E. Pierce, Trustee.<br>    Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 30, 2005 and recorded in the office of the Merced County Recorder wherein National City Mortgage, a division of National City Bank of Indiana is the current beneficiary and John Levi Gurrola and Alma Rosa Gurrola have an interest in, further described as:

> LOT 68, AS SHOWN ON THE MAP ENTITLED "FAIRWAYS ESTATES UNIT NO.3", RECORDED MARCH 1, 1999 IN VOLUME 50 OF OFFICAL PLATS, PAGE 26, 27, 28 AND 29, MERCED COUNTY RECORDS.
>
> EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN AND TO ALL OIL, GAS, PETROLEUM, NAPHTHA AND OTHER HYDROCARBON SUBSTANCES, AND IN ADDITION TO THE FOREGOING ANY AND ALL MINERALS OF WHATSOEVER KIND OR NATURE IN, UPON OR BENEATH THE PROPERTY HEREINABOVE DESCRIBED, TOGETHER WITH THE RIGHT OF ENTRY AND ALL OTHER RIGHTS, INCLUDING ALL RIGHTS OF WAY AND EASEMENTS WHICH MAY BE NECESSARY FOR THE DEVELOPMENT, PRODUCTION AND REMOVAL OF ALL SUCH SUBSTANCES AND MINERALS AND THE FULL ENJOYMENT OF THE GRANTOR'S INTERES THEREIN RESERVED, AS EXCEPTED AND RESERVED IN THE DEED FROM BARRETT AND HILP BUILDERS, A PARTNERSHIP, ET AL, RECORDED NOVEMBER 25, 1955 IN VOLUME 1234 AT PAGE 191 OF OFFICIAL RECORDS.
>
> ASSESSORS PARCEL NO. 004-301-018.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT